1  KEKER & VAN NEST, LLP
   CHRISTA M. ANDERSON - #184325
2  RACHAEL E. MENY - #178514
   COURTNEY TOWLE - #221698
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendant
6  AMERICAN HONDA MOTOR CO., INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ROBERT CUNLIFFE and RITA KATZ, | Case No. CV-08-1402 CRB
12 |                      Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
13 |      v. |
14 | AMERICAN HONDA MOTOR CO., INC., | Dept:    Courtroom 8
   |                                  | Judge:   Hon. Charles R. Breyer
15 |                      Defendant. |

16

17

18       Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated

19 and agreed by Plaintiffs and Defendant, by and through their attorneys, as follows:

20       Defendant American Honda Motor Co., Inc. shall have up to and through May 12, 2008

21 to file a response (by motion, answer or otherwise) to the Complaint in the above-captioned

22 matter.

23       Should Defendant elect to file a dispositive motion as its response, Defendant shall set

24 the motion a minimum of 45 days from the date said motion is filed in order to allow Plaintiffs

25 sufficient time to respond to the motion.

26 / / /

27 / / /

28 / / /

1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. CV-08-1402 CRB

415501.03

1    In addition, should Defendant elect to file a dispositive motion as its response, Plaintiffs
2 agree that Defendant shall have 15 days to reply to any opposition filed by Plaintiffs to allow
3 Defendant sufficient time to respond.

5 Dated: April 25, 2008

By: */s/ Steven R. Pingel*
STEVEN R. PINGEL

Attorneys for Plaintiffs
Robert Cunliffe and Rita Katz

Dated: April 25, 2008                                           KEKER & VAN NEST, LLP

By: */s/ Christa M. Anderson*
CHRISTA M. ANDERSON

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

Signed: April 28, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. CV-08-1402 CRB

415501.03