1  STEVEN R. PINGEL (State Bar No. 52710)
   Law Offices of Steven R. Pingel
2  444 W. Ocean Blvd., Suite 400
   Long Beach, CA 90802
3  Telephone:    562/432-0302
   Facsimile:    866/734-3220
4
   THOMAS E. FRANKOVICH (State Bar No. 074414)
5  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
6  2806 Van Ness Avenue
   San Francisco, CA 94109
7  Telephone:    415/674-8600
   Facsimile:    415/674-9900
8
   Attorneys for Plaintiffs
9  ROBERT CUNLIFFE and RITA KATZ

10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14  

| ROBERT CUNLIFFE and RITA KATZ, | Case No. CV-08- 1402 CRB |
|---|---|
| Plaintiffs, | JOINT STIPULATION TO CONTINUE MOTION HEARING DATE |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., | Dept: Courtroom 8<br>Judge: Hon. Charles R. Breyer |
| Defendant. | |

21      Pursuant to Local Rule 7-7 of the Northern District of California, it is hereby stipulated

22  and agreed by Plaintiffs and Defendant, by and through their attorneys, as follows:

23      The date for the hearing of Defendant's motions to dismiss and to strike shall be

24  continued from June 27, 2008 to Friday, July 18, 2008.  This continuance comes at the request

25  of plaintiffs' counsel.

26      Plaintiffs will file their opposition to the motions on or before June 12, 2008.

27  / / /

28  / / /

JOINT STIPULATION TO CONTINUE MOTION HEARING DATE                                          1

1  Defendant will file its reply on or before July 3, 2008.

2

3

4  Dated: May 15, 2008                                STEVEN R. PINGEL,
                                                      A PROFESSIONAL CORPORATION
5

6                                                     _____/s/_____
                                                      STEVEN R. PINGEL
7                                                     Attorneys for Plaintiffs
                                                      Robert Cunliffe and Rita Katz
8

9

10 Dated: May 15, 2008                                KEKER & VAN NEST, LLP

11

12                                                    _____/s/_____
                                                      By: Christa M. Anderson
                                                      CHRISTA M. ANDERSON
13                                                    Attorneys for Defendant
                                                      AMERICAN HONDA MOTOR CO., INC.
14

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION TO CONTINUE MOTION HEARING DATE                           2